**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00006-BNB

ISMAEL OMAR,

    Plaintiff,

v.

ADAM MOOREHEAD, Community Parole Officer (State of Colorado),

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Amend," filed on February 23, 2011 (Doc. # 6) is DENIED. Plaintiff may not add or subtract parties or claims to his Complaint by filing a motion; instead, he must file an Amended Complaint.

    Dated:  February 24, 2011