IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00006-BNB

ISMAEL OMAR,

　　　　Plaintiff,

v.

ADAM MOOREHEAD, Community Parole Officer (State of Colorado),

　　　　Defendant.

---

## ORDER OF DISMISSAL

---

At the time of filing, Plaintiff, Ismael Omar, was in the custody of the El Paso County Sheriff's Department and was incarcerated at the El Paso County Criminal Justice Center in Colorado Springs, Colorado.  On January 3, 2011, Mr. Omar submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915.  On January 7, 2011, Magistrate Judge Boyd N. Boland directed Plaintiff to cure certain deficiencies. Specifically, he directed Mr. Omar to submit a certified copy of his inmate trust fund statement for the six month period immediately preceding the filing.  Mr. Omar submitted a certified copy of his inmate trust fund statement on February 4, 2011. Magistrate Judge Boland granted Mr. Omar leave to proceed pursuant to 28 U.S.C. § 1915 by order dated February 10, 2011.

The February 10 Order requires Mr. Omar to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $4.00 within

thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement.  The Order warns Mr. Omar that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On February 23, 2011, Mr. Omar filed a Motion to Amend the Complaint. Magistrate Judge Boland denied the Motion to Amend by Minute Order dated February 24, 2011, informing Mr. Omar that he may not add or subtract parties to his Complaint by filing a motion.  The February 24 Minute Order was returned to the Court as undeliverable on March 8, 2011, for lack of a forwarding address.

Mr. Omar has failed either to pay the initial partial filing fee within the time allowed in the February 10 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee.  He has also failed to notify the Court of his change of address in a timely manner as required by the Local Rules of Practice of this Court.  *See* D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address).  Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Omar's failure either to pay an initial partial filing fee of $4.00 or to show cause why he has no assets and no means by which to pay the designated fee.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  21st  day of ___March___, 2011.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00006-BNB

Ismael Omar
Prisoner No. A00175090
El Paso County Detention Facility
2739 East Las Vegas Street
Colorado Springs, CO 80906

     I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 21, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk